FILED
BROOKLYN OFFICE
DEC 24 2014 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TIMOTHY JONES,

                              Plaintiff,

              -against-

CITY OF NEW YORK; POLICE OFFICER TOBY
SULLIVAN (SH. 6589); POLICE OFFICER ANDY CRUZ
(SH. 28171); AND JOHN DOE 1-O. 1 'THROUGH' TEN
INCLUSIVE, THE NAMES OF THE LAST DEFENDANTS
BEING FICTITIOUS, THE TRUE NAMES OF THE
DEFENDANTS BEING UNKNOWN TO THE
PLAINTIFF(S).,

                              Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-842 (ILG) (LB)

-------------------------------------------------------------x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
December 23, 2014

PAUL HALE
*Attorney for Plaintiff*
26 COURT STREET, SUITE 913
BROOKLYN, NY 11242
(718) 554-7344

By: _____
PAUL HALE
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, SULLIVAN and CRUZ*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
OMAR J. SIDDIQI
*Assistant Corporation Counsel*

SO ORDERED:

s/l Leo Glasser

_____
HON. I LEO GLASSER
UNITED STATES DISTRICT JUDGE

Dated: 12/23, 2014

2